IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MARY ANN FIZER
o/b/o J.C.                                                                                           PLAINTIFF

v.                                          CIVIL NO. 21-4048

KILOLO KIJAKAZI,[1]  Acting Commissioner
Social Security Administration                                                      DEFENDANT

# J U D G M E N T

For reasons stated in the memorandum opinion of this date, the Court hereby affirms the decision of the Commissioner and dismisses Plaintiff's case with prejudice. **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 20th day of May 2022.

/s/  *Christy Comstock*
HON. CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE

---

[1] Kilolo Kijakazi, has been appointed to serve as Acting Commissioner of Social Security, and is substituted as Defendant, pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure.